July 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

FATIMA IBRAHIM, M.D., Appellant

NO. 14-11-00658-CV                    V.

LISA GILBRIDE AND PETE GILBRIDE, Appellees

_____

This cause, an interlocutory appeal from an order favoring appellees, Lisa Gilbride and Pete Gilbride, signed July 8, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Fatima Ibrahim, M.D., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.